AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

JERRY JOEY OLIVER

**Judgment in a Criminal Case**
(For Revocation of Probation or Supervised Release)

Case No. 2:17CR20019-001
USM No. 10002-010

James B. Pierce
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations ____1____ of the term of supervision

☐ was found in violation of condition(s) count(s) ________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition #1: New Law Violation | 02/10/2025 |

The defendant is sentenced as provided in pages 2 through ________ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8446

Defendant's Year of Birth: 1972

City and State of Defendant's Residence:
Van Buren, Arkansas

August 25, 2026
Date of Imposition of Judgment

Signature of Judge

Honorable John Thomas Shepherd, United States District Judge
Name and Title of Judge

August 26, 2026
Date

DEFENDANT: JERRY JOEY OLIVER
CASE NUMBER: 2:17CR20019-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Twenty-four (24) months imprisonment, with credit for time served in federal custody, to run consecutively with Crawford County Case No. 17CR-25-86. There is no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**The defendant be allowed to take part in any substance treatment or mental health programs that he qualifies.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ______________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ______________________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_______________________________________________

_______________________________________________

_______________________________________________

Defendant delivered on ______________________ to ______________________

at ______________________ with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL